UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL PELUSO | : | |
| Plaintiff(s), | : | Civil 19-72 (SDW) |
| v. | : | Order for Dismissal |
| | : | Pursuant to F.R. Civ. P.4(m) |
| NEW JERSEY DEVILS, LLC, ET AL. | : | |
| Defendant(s), | : | |

It appearing that the above captioned action having been pending for more than 90 days and plaintiff having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 16TH day of May, 2019

O R D E R E D that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

    /s/   SUSAN D. WIGENTON
United States District Court Judge